UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-22860-CIV-D'ANGELO

ALBERT J. SANTORO, ESQ.,

    Plaintiff,

vs.

BRIAN L. TANNEBAUM, ESQ., et al.,

    Defendants.
_____/

## ORDER DISMISSING DEFENDANTS

**THIS CAUSE** is before the Court on Plaintiff Albert J. Santoro, Esq.'s Notices of Voluntary Dismissal Without Prejudice filed on August 12, 2025 (DE 52, 53).[1] Having considered the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby **ORDERED and ADJUDGED** that:

All claims against Defendants THE PETER J. TREMATERRA FAMILY TRUST and MARC MAGID only are **DISMISSED WITHOUT PREJUDICE**.

**DONE and ORDERED** in Chambers in Miami, Florida on this 13th day of August, 2025.

                                        _____
                                        ELLEN F. D'ANGELO
                                        UNITED STATES MAGISTRATE JUDGE

cc:    *Pro Se* Plaintiff Albert J. Santoro, Esq.
        All Counsel of Record

---

[1] Pursuant to Administrative Order 2024-10 ("Administrative Order"), the undersigned United States Magistrate Judge has been assigned as the presiding judge for all purposes in this case, including entering a dispositive order and final judgment.