UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**CASE NO. 1:25-cv-22860-EA**

**Albert J. Santoro, Esq.,**

    Plaintiff,

v.

**Brian L. Tannebaum, Esq.,**
**Et al.,**

    Defendants.

_____/

## ORDER DENYING PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' JOINT MOTION TO DISMISS THE SECOND AMENDED COMPLAINT FOR FAILURE TO COMPLY WITH COURT ORDERS, TO ENFORCE THE JOINT-MOTION REQUIREMENT, AND FOR SANCTIONS

This cause comes before the Court on the plaintiff's motion to strike the defendants' joint motion to dismiss the second amended complaint for failure to comply with court orders, to enforce the joint-motion requirement, and for sanctions. ECF No. 172. The only order that the plaintiff alleges that the defendants violated was the order requiring the defendants to file joint responses and/or motions. *See* ECF No. 172. This order was entered by Magistrate Judge D'Angelo before the case was transferred to this Court. *See* ECF No. 25. This Court hereby sets aside the requirement for joint responses.

Therefore, it is **ORDERED AND ADJUDGED**:

1. The plaintiff's motion [ECF No. 172] is **DENIED**.

2. The defendants shall no longer be required to file joint responses and/or motions.

**ORDERED** in Chambers in West Palm Beach, Florida, this 11th day of December 2025.


ED ARTAU
UNITED STATES DISTRICT JUDGE

CC:

**Albert J. Santoro, Esq.**
c/o The Bear Firm, P.C.
45 Rockefeller Plaza, 20th Floor
New York, NY 10111
Email: asantoro@bearfirm.law

**Amber C. Dawson**
Lewis Brisbois Bisgaard & Smith LLP
110 SE 6th Steet
Suite 2600
Fort Lauderdale, FL 33301
954-939-3558
Email: amber.dawson@lewisbrisbois.com

**Cheryl Lorraine Wilke**
Lewis Brisbois Bisgaard & Smith
110 SE 6th Street
Ste 2600
Fort Lauderdale, FL 33301
954-495-2220
Fax: 954-728-1282
Email: cheryl.wilke@lewisbrisbois.com

**Edward Samuel Polk**
Cole, Scott & Kissane, P.A.
9150 South Dadeland Blvd.
Suite 1400
Miami, FL 33156
305-350-5338
Fax: 305-373-2294
Email: edward.polk@csklegal.com

**Doron Weiss**
Victor Shaw McCue
5200 Waterford District Drive
Suite 790
Miami, FL 33126
305-675-1771
Email: dweiss@victorshawlaw.com

**Gonzalo Barr**
Gonzalo Barr
DeMahy Labrador Drake & Cabeza
806 Douglas Road
Ste 12th Floor
Coral Gables, FL 33134
305-443-4850
Fax: 305-443-5960
Email: gbarr@dldlawyers.com

**Richard Mathew Jones**
Freeman Mathis & Gary, LLP
9130 S. Dadeland Blvd
Ste 2000
Miami, FL 33156
305-670-3700
Email: richard.jones@fmglaw.com

**Stinelly Pena**
Freeman Mathis , Gary LLP
9130 South Dadeland Boulevard
Suite 2000
Miami, FL 33156
7862615587
Email: stinelly.pena@fmglaw.com

**David Alan Rothstein**
Dimond Kaplan & Rothstein
2665 South Bayshore Drive
PH-2B
Coconut Grove, FL 33133
305-374-1920
Fax: 374-1961
Email: drothstein@dkrpa.com

**Alexander Manuel Peraza**
Dimond Kaplan & Rothstein P.A.
2665 S Bayshore Drive
Ste Ph-2b
Coconut Grove, FL 33133
305-374-1920
Fax: 305-374-1961
Email: aperaza@dkrpa.com

**Katharine Clancy Moore**
Dimond Kaplan , Rothstein

2665 S. Bayshore Dr.
Penthouse 2B
Miami, FL 33133
3053741920
Email: kmoore@dkrpa.com

**Avery A. Dial**
Kaufman Dolowich & Voluck
One Southeast 3rd Avenue
Suite 1500
Fort Lauderdale, FL 33394
954-302-2360
Fax: 888-464-7982
Email: adial@kdvlaw.com

**Gerard Stephen Collins**
Kaye Bender Rembaum, PL
1200 Park Central Blvd. South
Pompano Beach, FL 33064
(954) 928-0680
Fax: (954) 772-0319
Email: Gcollins@kbrlegal.com

**Spencer Hal Silverglate**
Clarke Silverglate, P.A.
799 Brickell Plaza
9th Floor
Miami, FL 33131
305-377-0700
Fax: 305-377-3001
Email: ssilverglate@cspalaw.com

**Ana Verena Sarmento Nigro**
Clarke Silverglate
5301 Blue Lagoon Drive
9th Floor
Miami, FL 33126
9292750734
Email: asarmento@cspalaw.com

**Brendan Stuart Everman**
Pryor Cashman LLP
Florida
255 Alhambra Circle
Suite 800
Miami, FL 33134

786-582-3007
Fax: 786-582-3004
Email: beverman@pryorcashman.com

**Coren Harris Stern**
Zinober, Diana& Monteverde, P.A.
Zinober, Diana& Monteverde, P.A.
2400 E Commercial Blvd
420
33308
Fort Lauderdale, FL 33308
754-732-1257
Email: cstern@leoncosgrove.com

**Lauren Vanessa Ravelo**
Zinober, Diana, , Monteverde P.A.
2400 E Commercial Blvd Ste 420
Ft Lauderdale, FL 33308
754-755-0150
Email: lauren@zinoberdiana.com

**Michael A. Monteverde**
Zinober Diana, P.A.
500 West Cypress Creek Rd
Suite 420
Fort Lauderdale, FL 33309
954-256-9288
Email: michael@zinoberdiana.com

**Marcus Antonio Nielsen**
Recor Rieber P.A.
848 Brickell Ave
Suite 1000
Miami, FL 33131
863-409-8042
Email: mnielsen@boydlawgroup.com

**Christopher David Brown**
Beasley, Demos & Brown LLC
201 Alhambra Circle
Suite 601
Coral Gables, FL 33134
305-669-3131
Fax: 305-442-4377
Email: cbrown@beasleydemos.com

**Walter Clark**
335 S. Biscayne Blvd, #2800
Miami, FL 33131
410-336-3572
Email: wclark@clarkcapitalfunding.com