## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

### CASE NO. 1:25-cv-22860-EA

**Albert J. Santoro, Esq.,**

      Plaintiff,

v.

**Brian L. Tannebaum, Esq.,**
**Et al.,**

      Defendants.

_____/

## <u>ORDER TO RESPOND</u>

This cause comes before the Court on a sua sponte review of the record. Upon review of the second amended complaint [119], it is unclear whether Defendant Clark is a proper party to this action. It appears that the causes of action against Defendant Clark—intentional infliction of emotional distress and defamation—do not arise out of the same transaction or occurrence as the other causes of action—multiple RICO counts, separate instances of defamation by other defendants, abuse of process, and unjust enrichment—and thus may not satisfy the standard under Federal Rule of Civil Procedure 20(a) for Defendant Clark to be joined in this action. *See* Fed. R. Civ. P. 20(a)(2) ("Persons[] . . . may be joined in one action as defendants if[] . . . any right to relief is asserted against them jointly, severally, or in the alternative with respect to or arising out of the same transaction, occurrence, or series of transactions or occurrence; and . . . any question of law or fact common to all defendants will arise in the action.").

Therefore, it is **ORDERED AND ADJUDGED**:

1. The parties shall brief whether Defendant Clark is properly joined under Rule 20 and whether Defendant Clark should be dropped from this action pursuant to Rule 21, without prejudice to the plaintiff's ability to file the causes of action against him in a separate suit. *See* Fed. R. Civ. P. 21 ("On motion or its own, the court may at any time, on just terms, add or drop a party.").

2. The plaintiff's brief shall be within **14 days** of the issuance of this order. The defendants' briefs shall be due within **14 days** of the plaintiff's deadline. The plaintiff may file a reply within **7 days** of the defendants' deadline.

3. Defendant Clark shall file a brief separate from the other defendants. The other defendants may either file a joint response or separate responses.

**ORDERED** in Chambers in West Palm Beach, Florida, this 19th day of December 2025.

ED ARTAU
UNITED STATES DISTRICT JUDGE

CC:

**Albert J. Santoro, Esq.**
c/o The Bear Firm, P.C.
45 Rockefeller Plaza, 20th Floor
New York, NY 10111
Email: asantoro@bearfirm.law

**Amber C. Dawson**
Lewis Brisbois Bisgaard & Smith LLP
110 SE 6th Steet
Suite 2600
Fort Lauderdale, FL 33301
954-939-3558
Email: amber.dawson@lewisbrisbois.com

**Cheryl Lorraine Wilke**
Lewis Brisbois Bisgaard & Smith
110 SE 6th Street

Ste 2600
Fort Lauderdale, FL 33301
954-495-2220
Fax: 954-728-1282
Email: cheryl.wilke@lewisbrisbois.com

**Edward Samuel Polk**
Cole, Scott & Kissane, P.A.
9150 South Dadeland Blvd.
Suite 1400
Miami, FL 33156
305-350-5338
Fax: 305-373-2294
Email: edward.polk@csklegal.com

**Doron Weiss**
Victor Shaw McCue
5200 Waterford District Drive
Suite 790
Miami, FL 33126
305-675-1771
Email: dweiss@victorshawlaw.com

**Gonzalo Barr**
Gonzalo Barr
DeMahy Labrador Drake & Cabeza
806 Douglas Road
Ste 12th Floor
Coral Gables, FL 33134
305-443-4850
Fax: 305-443-5960
Email: gbarr@dldlawyers.com

**Richard Mathew Jones**
Freeman Mathis & Gary, LLP
9130 S. Dadeland Blvd
Ste 2000
Miami, FL 33156
305-670-3700
Email: richard.jones@fmglaw.com

**Stinelly Pena**
Freeman Mathis , Gary LLP
9130 South Dadeland Boulevard
Suite 2000
Miami, FL 33156

7862615587
Email: stinelly.pena@fmglaw.com

**David Alan Rothstein**
Dimond Kaplan & Rothstein
2665 South Bayshore Drive
PH-2B
Coconut Grove, FL 33133
305-374-1920
Fax: 374-1961
Email: drothstein@dkrpa.com

**Alexander Manuel Peraza**
Dimond Kaplan & Rothstein P.A.
2665 S Bayshore Drive
Ste Ph-2b
Coconut Grove, FL 33133
305-374-1920
Fax: 305-374-1961
Email: aperaza@dkrpa.com

**Katharine Clancy Moore**
Dimond Kaplan , Rothstein
2665 S. Bayshore Dr.
Penthouse 2B
Miami, FL 33133
3053741920
Email: kmoore@dkrpa.com

**Avery A. Dial**
Kaufman Dolowich & Voluck
One Southeast 3rd Avenue
Suite 1500
Fort Lauderdale, FL 33394
954-302-2360
Fax: 888-464-7982
Email: adial@kdvlaw.com

**Gerard Stephen Collins**
Kaye Bender Rembaum, PL
1200 Park Central Blvd. South
Pompano Beach, FL 33064
(954) 928-0680
Fax: (954) 772-0319
Email: Gcollins@kbrlegal.com

**Spencer Hal Silverglate**
Clarke Silverglate, P.A.
799 Brickell Plaza
9th Floor
Miami, FL 33131
305-377-0700
Fax: 305-377-3001
Email: ssilverglate@cspalaw.com

**Ana Verena Sarmento Nigro**
Clarke Silverglate
5301 Blue Lagoon Drive
9th Floor
Miami, FL 33126
9292750734
Email: asarmento@cspalaw.com

**Brendan Stuart Everman**
Pryor Cashman LLP
Florida
255 Alhambra Circle
Suite 800
Miami, FL 33134
786-582-3007
Fax: 786-582-3004
Email: beverman@pryorcashman.com

**Coren Harris Stern**
Zinober, Diana& Monteverde, P.A.
Zinober, Diana& Monteverde, P.A.
2400 E Commercial Blvd
420
33308
Fort Lauderdale, FL 33308
754-732-1257
Email: cstern@leoncosgrove.com

**Lauren Vanessa Ravelo**
Zinober, Diana, , Monteverde P.A.
2400 E Commercial Blvd Ste 420
Ft Lauderdale, FL 33308
754-755-0150
Email: lauren@zinoberdiana.com

**Michael A. Monteverde**
Zinober Diana, P.A.

500 West Cypress Creek Rd
Suite 420
Fort Lauderdale, FL 33309
954-256-9288
Email: michael@zinoberdiana.com

**Marcus Antonio Nielsen**
Recor Rieber P.A.
848 Brickell Ave
Suite 1000
Miami, FL 33131
863-409-8042
Email: mnielsen@boydlawgroup.com

**Christopher David Brown**
Beasley, Demos & Brown LLC
201 Alhambra Circle
Suite 601
Coral Gables, FL 33134
305-669-3131
Fax: 305-442-4377
Email: cbrown@beasleydemos.com

**Walter Clark**
335 S. Biscayne Blvd, #2800
Miami, FL 33131
410-336-3572
Email: wclark@clarkcapitalfunding.com