UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 1:25-cv-22860-EA

**Albert J. Santoro, Esq.,**

    Plaintiff,

v.

**Brian L. Tannebaum,**
**Et al.,**

    Defendants.
_____/

## ORDER DENYING MOTION FOR SANCTIONS

This cause comes before the Court on the motion for sanctions filed by Defendants Bast; Bast Amron, L.L.P.; Diamond Kaplan & Rothstein, P.A.; PJT Holdings, LLC; Rothstein; and Trematerra [ECF No. 171]. In this motion, the defendants argue that the plaintiff "has violated Rule 11(b)(2) because the claims he has pleaded against the Movants are not warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law."

But this presupposes that the Court will grant their pending motion to dismiss, which the Court has not yet ruled on. Thus, this motion is prematurely filed.

Therefore, it is **ORDERED AND ADJUDGED:**

1. This motion for sanctions [ECF No. 171] is **DENIED WITHOUT PREJUDICE**.

2. This order **SHALL NOT** be construed as taking any position on any pending motion to dismiss.

**ORDERED** in Chambers in West Palm Beach, Florida, this 6th day of January 2026.



ED ARTAU
UNITED STATES DISTRICT JUDGE

CC:

**Albert J. Santoro, Esq.**
c/o The Bear Firm, P.C.
45 Rockefeller Plaza, 20th Floor
New York, NY 10111
Email: asantoro@bearfirm.law

**Amber C. Dawson**
Lewis Brisbois Bisgaard & Smith LLP
110 SE 6th Steet
Suite 2600
Fort Lauderdale, FL 33301
954-939-3558
Email: amber.dawson@lewisbrisbois.com

**Cheryl Lorraine Wilke**
Lewis Brisbois Bisgaard & Smith
110 SE 6th Street
Ste 2600
Fort Lauderdale, FL 33301
954-495-2220
Fax: 954-728-1282
Email: cheryl.wilke@lewisbrisbois.com

**Edward Samuel Polk**
Cole, Scott & Kissane, P.A.
9150 South Dadeland Blvd.
Suite 1400
Miami, FL 33156
305-350-5338
Fax: 305-373-2294
Email: edward.polk@csklegal.com

**Doron Weiss**
Victor Shaw McCue
5200 Waterford District Drive
Suite 790
Miami, FL 33126
305-675-1771
Email: dweiss@victorshawlaw.com

**Gonzalo Barr**
Gonzalo Barr
DeMahy Labrador Drake & Cabeza
806 Douglas Road
Ste 12th Floor
Coral Gables, FL 33134
305-443-4850
Fax: 305-443-5960
Email: gbarr@dldlawyers.com

**Richard Mathew Jones**
Freeman Mathis & Gary, LLP
9130 S. Dadeland Blvd
Ste 2000
Miami, FL 33156
305-670-3700
Email: richard.jones@fmglaw.com

**Stinelly Pena**
Freeman Mathis , Gary LLP
9130 South Dadeland Boulevard
Suite 2000
Miami, FL 33156
7862615587
Email: stinelly.pena@fmglaw.com

**David Alan Rothstein**
Dimond Kaplan & Rothstein
2665 South Bayshore Drive
PH-2B
Coconut Grove, FL 33133
305-374-1920
Fax: 374-1961
Email: drothstein@dkrpa.com

**Alexander Manuel Peraza**
Dimond Kaplan & Rothstein P.A.
2665 S Bayshore Drive
Ste Ph-2b
Coconut Grove, FL 33133
305-374-1920
Fax: 305-374-1961
Email: aperaza@dkrpa.com

**Katharine Clancy Moore**
Dimond Kaplan , Rothstein
2665 S. Bayshore Dr.
Penthouse 2B
Miami, FL 33133
3053741920
Email: kmoore@dkrpa.com

**Gerard Stephen Collins**
Kaye Bender Rembaum, PL
1200 Park Central Blvd. South
Pompano Beach, FL 33064
(954) 928-0680
Fax: (954) 772-0319
Email: Gcollins@kbrlegal.com

**Spencer Hal Silverglate**
Clarke Silverglate, P.A.
799 Brickell Plaza
9th Floor
Miami, FL 33131
305-377-0700
Fax: 305-377-3001
Email: ssilverglate@cspalaw.com

**Ana Verena Sarmento Nigro**
Clarke Silverglate
5301 Blue Lagoon Drive
9th Floor
Miami, FL 33126
9292750734
Email: asarmento@cspalaw.com

**Brendan Stuart Everman**
Pryor Cashman LLP
Florida
255 Alhambra Circle
Suite 800
Miami, FL 33134
786-582-3007
Fax: 786-582-3004
Email: beverman@pryorcashman.com

**Coren Harris Stern**
Zinober, Diana& Monteverde, P.A.
Zinober, Diana& Monteverde, P.A.

2400 E Commercial Blvd
420
33308
Fort Lauderdale, FL 33308
754-732-1257
Email: cstern@leoncosgrove.com

**Lauren Vanessa Ravelo**
Zinober, Diana, , Monteverde P.A.
2400 E Commercial Blvd Ste 420
Ft Lauderdale, FL 33308
754-755-0150
Email: lauren@zinoberdiana.com

**Michael A. Monteverde**
Zinober Diana, P.A.
500 West Cypress Creek Rd
Suite 420
Fort Lauderdale, FL 33309
954-256-9288
Email: michael@zinoberdiana.com

**Marcus Antonio Nielsen**
Recor Rieber P.A.
848 Brickell Ave
Suite 1000
Miami, FL 33131
863-409-8042
Email: mnielsen@boydlawgroup.com

**Walter Clark**
335 S. Biscayne Blvd, #2800
Miami, FL 33131
410-336-3572
Email: wclark@clarkcapitalfunding.com