**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 1:25-cv-22860-EA**

**Albert J. Santoro, Esq.,**

      Plaintiff,

v.

**Brian L. Tannebaum, Esq.,**
**Et al.,**

      Defendants.

_____/

**ORDER DENYING PLAINTIFF'S RENEWED**
**MOTION FOR AWARD OF SERVICE EXPENSES**

This cause comes before the Court on the plaintiff's renewed motion for award of service expenses from Defendant Walter Clark [ECF No. 323].

If a plaintiff properly requests that a defendant waive service and the defendant subsequently fails to waive service, such a plaintiff is entitled to "the expenses later incurred in making service[.]" Fed. R. Civ. P. 4(d)(2)(A). As part of making a proper request for waiver of service, a plaintiff must "give the defendant a reasonable time of at least 30 days after the request was sent[] . . . to return the waiver." Fed. R. Civ. P. 4(d)(1)(F). During this reasonable time period of at least 30 days, a plaintiff may not attempt to serve a defendant. *See Kumaran v. Vision Fin. Mkts., LLC*, 338 F.R.D. 17, 19 (S.D.N.Y. 2021) (concluding that a plaintiff failed to comply with Rule 4(d) by "arrang[ing] for personal service on [the defendant] only eight days" after requesting waiver of service); *see also Trombetta v. Novocin*, No. 18 Civ. 993 (RA) (SLC), 2021 U.S. Dist. LEXIS 162715, at *10-11 (S.D.N.Y. Aug. 27, 2021) (concluding that a plaintiff failed to comply

with Rule 4(d) by "under[taking] to serve [the defendants] within three weeks of [the] waiver request").

Here, the plaintiff has presented evidence that he requested Defendant Clark waive service within 30 days. ECF No. 323 Ex. H. But the plaintiff also admits that "[s]ervice was attempted once on Defendant Clark *before* the 30-day deadline to return the waiver of service." ECF No. 323 ¶ 10 (emphasis added). Because the plaintiff attempted to serve Defendant Clark before 30 day period to waive service expired, the plaintiff failed to comply with Rule 4(d).

Therefore, it is **ORDERED AND ADJUDGED** that the plaintiff's renewed motion for service expenses [ECF No. 323] is **DENIED**. *See Farrell v. Woodham*, No. 2:01-cv-417-FTM-29DNF, 2002 U.S. Dist. LEXIS 11817, at *14-15 (M.D. Fla. May 29, 2002) (denying a motion for an award of service-related expenses under Rule 4(d)(2) because the plaintiff "failed to comply with the [Rule's] technical requirements").

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 6th day of July 2026.

ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**Albert J. Santoro, Esq.**
c/o The Bear Firm, P.C.
45 Rockefeller Plaza, 20th Floor
New York, NY 10111
Email: asantoro@bearfirm.law

**Amber C. Dawson**
Lewis Brisbois Bisgaard & Smith LLP
110 SE 6th Steet
Suite 2600
Fort Lauderdale, FL 33301
954-939-3558
Email: amber.dawson@lewisbrisbois.com

2

**Cheryl Lorraine Wilke**
Lewis Brisbois Bisgaard & Smith
110 SE 6th Street
Ste 2600
Fort Lauderdale, FL 33301
954-495-2220
Fax: 954-728-1282
Email: cheryl.wilke@lewisbrisbois.com

**Edward Samuel Polk**
Cole, Scott & Kissane, P.A.
9150 South Dadeland Blvd.
Suite 1400
Miami, FL 33156
305-350-5338
Fax: 305-373-2294
Email: edward.polk@csklegal.com

**Doron Weiss**
Victor Shaw McCue
5200 Waterford District Drive
Suite 790
Miami, FL 33126
305-675-1771
Email: dweiss@victorshawlaw.com

**Gonzalo Barr**
Gonzalo Barr
DeMahy Labrador Drake & Cabeza
806 Douglas Road
Ste 12th Floor
Coral Gables, FL 33134
305-443-4850
Fax: 305-443-5960
Email: gbarr@dldlawyers.com

**James M. Shaw**
Victor, Shaw & McCue
6451 N. Federal Hwy
Suite 1205
Fort Lauderdale, FL 33334
954-416-2468
Email: jshaw@victorshawlaw.com

3

**Richard Mathew Jones**
Freeman Mathis & Gary, LLP
9130 S. Dadeland Blvd
Ste 2000
Miami, FL 33156
305-670-3700
Email: richard.jones@fmglaw.com

**Stinelly Pena**
Freeman Mathis, Gary LLP
9130 South Dadeland Boulevard
Suite 2000
Miami, FL 33156
7862615587
Email: stinelly.pena@fmglaw.com

**David Alan Rothstein**
Kaplan Rothstein Pruss Peraza, P.A.
Offices at Grand Bay Plaza
2665 South Bayshore Drive, PH-2B
Miami, FL 33133
305-374-1920
Fax: 305-374-1961
Email: drothstein@krp2.com

**Alexander Manuel Peraza**
Kaplan Rothstein Pruss Peraza, P.A.
Offices at Grand Bay Plaza
2665 South Bayshore Drive, PH-2B
Miami, FL 33133
305-374-1920
Fax: 305-374-1961
Email: aperaza@krp2.com

**Katharine Clancy Moore**
Kaplan Rothstein Pruss Peraza, P.A.
Offices at Grand Bay Plaza
2665 South Bayshore Drive
Ste Ph-2b
Miami, FL 33133
305-374-1920
Fax: 305-374-1961
Email: kmoore@dkrpa.com

**Gerard Stephen Collins**
Kaye Bender Rembaum, PL

1200 Park Central Blvd. South
Pompano Beach, FL 33064
(954) 928-0680
Fax: (954) 772-0319
Email: Gcollins@kbrlegal.com

**Spencer Hal Silverglate**
Clarke Silverglate, P.A.
799 Brickell Plaza
9th Floor
Miami, FL 33131
305-377-0700
Fax: 305-377-3001
Email: ssilverglate@cspalaw.com

**Ana Verena Sarmento Nigro**
Clarke Silverglate
5301 Blue Lagoon Drive
9th Floor
Miami, FL 33126
9292750734
Email: ASarmento@cspalaw.com

**Brendan Stuart Everman**
Pryor Cashman LLP
Florida
255 Alhambra Circle
Suite 800
Miami, FL 33134
786-582-3007
Fax: 786-582-3004
Email: beverman@pryorcashman.com

**Coren Harris Stern**
Zinober, Diana& Monteverde, P.A.
Zinober, Diana& Monteverde, P.A.
2400 E Commercial Blvd
420
33308
Fort Lauderdale, FL 33308
754-732-1257
Email: cstern@leoncosgrove.com

**Lauren Vanessa Ravelo**
Zinober, Diana, Monteverde P.A.
2400 E Commercial Blvd Ste 420

5

Ft Lauderdale, FL 33308
754-755-0150
Email: lauren@zinoberdiana.com

**Michael A. Monteverde**
Zinober Diana, P.A.
500 West Cypress Creek Rd
Suite 420
Fort Lauderdale, FL 33309
954-256-9288
Email: michael@zinoberdiana.com

**Marcus Antonio Nielsen**
Recor Rieber P.A.
848 Brickell Ave
Suite 1000
Miami, FL 33131
863-409-8042
Email: mnielsen@boydlawgroup.com

**Christopher David Brown**
Beasley, Demos & Brown LLC
201 Alhambra Circle
Suite 601
Coral Gables, FL 33134
305-669-3131
Fax: 305-442-4377
Email: cbrown@beasleydemos.com

**Walter Clark**
335 S. Biscayne Blvd, #2800
Miami, FL 33131
410-336-3572
Email: wclark@clarkcapitalfunding.com